IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SHEENA BRECKENRIDGE and JAMIE
HALL                                                                PLAINTIFF-RELATORS

v.                              No. 4:20-cv-1191-DPM

ARROWS BEHAVIOR THERAPY &
CONSULTING and MIRANDA
CAVANESS                                                             DEFENDANTS

## JUDGMENT

Breckenridge and Hall's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

18 October 2024